## PAGE *v.* WARDEN OF THE MARYLAND PENITENTIARY

[App. No. 57, September Term. 1961.]

*Decided March 27, 1962.*

Before BRUNE, C. J., and HENDERSON, HAMMOND, PRESCOTT, HORNEY, MARBURY and SYBERT, JJ.

PER CURIAM.

For the reasons stated by Judge Cullen for dismissing the petition, the application for leave to appeal is denied.

*Application denied.*